

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2021

No. 04-21-00249-CR

Stephen Ray **BROWN,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 452nd District Court, Mason County, Texas
Trial Court No. 204841
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

On November 15, 2021, appellant filed a second motion for extension of time to file appellant's brief. The motion is GRANTED. Appellant's brief must be filed **no later than December 15, 2021**. *Further requests for extensions of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court